```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF OREGON
```

LOUIS JAMES THIBODEAUX,                              CV. 07-385-HU

        Plaintiff,                                      ORDER
   v.

ALANE WATKINS, et al.,

        Defendants.

KING, Judge

    Plaintiff's motion for voluntary dismissal (#7) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ___20th___ day of April, 2007.

                                                    ___/s/ Garr M. King_____
                                                    Garr M. King
                                                    United States District Judge

1 -- ORDER